No. 78–1638.  WOMACK *v.* CITY OF NORFOLK.  Appeal from Sup. Ct. Va. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.  MR. JUSTICE BRENNAN, MR. JUSTICE STEWART, and MR. JUSTICE MARSHALL would treat the appeal as a petition for certiorari, as does the Court, and would grant certiorari and reverse the conviction.

No. 78–5373.  WASHINGTON *v.* TEXAS.  Appeal from County Ct. at Law No. 1, Travis County, Tex.  Motion of appellant for leave to proceed *in forma pauperis* granted, judgment vacated, and case remanded for further consideration in light of *Brown* v. *Texas, ante,* p. 47.

No. 78–162.  RGP, INC., ET AL. *v.* OMAHA INDIAN TRIBE ET AL.  C. A. 8th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Wilson* v. *Omaha Indian Tribe,* 442 U. S. 653 (1979).

No. 78–600.  PERCY, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICES OF WISCONSIN *v.* TERRY.  Sup. Ct. Wis.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of *Parham* v. *J. R.,* 442 U. S. 584 (1979), and *Greenholtz* v. *Inmates of Nebraska Penal Complex,* 442 U. S. 1 (1979).

No. 78–1136.  CALIFORNIA *v.* P. S. W.  Ct. App. Cal., 2d App. Dist.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Fare* v. *Michael C.,* 442 U. S. 707 (1979).